AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JETBLACK CYCLING PTY LTD., *Plaintiff* | ) ) |
| v. | ) Case No. 26-cv-00040-SDG |
| WAHOO FITNESS L.L.C., *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant, Wahoo Fitness L.L.C.

Date: 01/09/2026

/s/ James Hatten
*Attorney's signature*

James Hatten, GA Bar No. 963831
*Printed name and bar number*

AddyHart LLC
10 Glenlake Parkway, Suite 130
Atlanta, GA  30328
*Address*

james@addyhart.com
*E-mail address*

(404) 625-3503
*Telephone number*

(312) 264-2547
*FAX number*