IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF GEORGIA

| | |
|---|---|
| JETBLACK CYCLING PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> WAHOO FITNESS L.L.C., <br><br> Defendant. | C.A. No. 1:26-cv-00040-SDG <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF ITC DENIAL OF MOTION TO STAY**

Plaintiff JetBlack Cycling Pty Ltd. provides this notice to the Court regarding its motion for a preliminary injunction. The Court held a hearing on Monday afternoon (January 20), where it orally granted JetBlack's motion for a preliminary injunction. At the conclusion of the hearing, the Court asked counsel for Wahoo to file a consent to JetBlack's motion to stay in the ITC proceedings on Tuesday (January 21), pending a written order from this Court ordering it to withdraw its ITC complaint. Wahoo agreed. The Court then asked the parties to inform the Court if the ITC did not agree to the motion to stay.

Wahoo did not file a consent to JetBlack's motion to stay on Tuesday. On Wednesday, counsel for Wahoo responded to JetBlack's request with a draft joint

1

motion to stay the ITC proceedings. The parties filed that joint motion late on Wednesday, but the ALJ in the ITC proceedings denied JetBlack's pending motion to stay in a confidential order the same afternoon.

Given that the ITC has now denied JetBlack's motion to stay, JetBlack faces immediate deadlines to respond to discovery and answer Wahoo's complaint. JetBlack respectfully seeks the Court's guidance on how to move forward without the need for further proceedings in the ITC.

| | |
|---|---|
| Dated: January 22, 2026 | Respectfully submitted, |
| | /s/ *Courtland L. Reichman* |
| Christine E. Lehman (*pro hac vice*) | Courtland L. Reichman |
| Connor S. Houghton (*pro hac vice*) | Georgia Bar No.: 599894 |
| Natalie Griffin (*pro hac vice*) | Sarah O. Jorgensen |
| REICHMAN JORGENSEN LEHMAN & FELDBERG LLP | Georgia Bar No.: 541130 |
| 1909 K Street NW, Suite 800 | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| Washington, D.C. 20006 | 1201 West Peachtree Street, Suite 2300 |
| Telephone: (202) 894-7310 | Atlanta, GA 30309 |
| clehman@reichmanjorgensen.com | Telephone: (470) 870-3294 |
| | creichman@reichmanjorgensen.com |
| | sjorgensen@reichmanjorgensen.com |
| | *Attorneys for JetBlack Cycling Pty Ltd.* |

## CERTICATE OF COMPLIANCE WITH LR 5.1(C)

Counsel certifies pursuant to Local Rule 5.1(C) that this document has been prepared in Times New Roman 14-point font with margins of one (1) inch.

This 22nd day of January, 2026          */s/ Courtland L. Reichman*
                                        Courtland L. Reichman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record in this matter have been served with a copy of this document via ECF.

This 22nd day of January, 2026          */s/ Courtland L. Reichman*
                                        Courtland L. Reichman