**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JETBLACK CYCLING PTY LTD., | Civil Action No. 1:26-cv-00040-SDG |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| WAHOO FITNESS L.L.C., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF
CHARLES A. PANNELL, III AS COUNSEL**

COMES NOW Charles A. Pannell, III of ADDYHART LLC and gives notice of withdrawal as counsel of record for Wahoo Fitness L.L.C. pursuant to LR 83.1(E)(4). In support of this motion, Counsel shows the following:

1. Charles A. Pannell, III, filed a Notice of Appearance on behalf of the Defendant on January 9, 2026 (Dkt.13) and has served as local counsel.

2. Defendant Wahoo has replaced lead counsel in this litigation with attorneys who are admitted to the State Bar of Georgia, this Court, and have offices in this district. Wahoo will continue to be represented by these attorneys that

1

include: Kilpatrick Townsend & Stocketon, LLP's Andrew Evans, Andrew Saul,

Jeffrey Fisher, Mitchell Stockwell, and Richard Goldstucker.

3.      Wahoo Fitness L.L.C. consents to the withdrawal.

Date: March 10, 2026

Respectfully submitted,

/s/ *Charles Adam Pannell, III*

Charles Adam Pannell, III
Ga. Bar No. 141535
ADDYHART LLC
10 Glenlake Pkwy, Suite 130
Atlanta, GA 30328
770.715.2020
cpannell@addyhart.com

.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Plaintiff by and through its counsel of record.

/s/ *Charles Adam Pannell, III*

a