**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JETBLACK CYCLING PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> WAHOO FITNESS L.L.C., <br><br> Defendant. | Civil Action No. 1:26-cv-00040-SDG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF CONNOR S. HOUGHTON IN SUPPORT OF
PLAINTIFF'S PARTIAL MOTION TO DISMISS UNDER RULE 12(B)(6)**

I, Connor S. Houghton, hereby declare and state as follows:

1.    I am a partner at Reichman Jorgensen Lehman & Feldberg LLP, counsel for JetBlack Cycling Pty Ltd. in this case. I have been admitted pro hac vice. I submit this declaration in support of JetBlack's Partial Motion to Dismiss Under Rule 12(b)(6). I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify under oath.

2.    Attached as Exhibit 1 is a true and correct copy of a certified copy of the prosecution history of U.S. Patent No. 12,330,036.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

1

Executed on March 27, 2026 in Lebanon, NH.

_/s/ Connor S. Houghton_