# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cv-00040-SDG**
**JetBlack Cycling Pty Ltd. v. Wahoo Fitness L.L.C.**
**Honorable Steven D. Grimberg**

Minute Sheet for proceedings held In Open Court on 07/15/2026.

TIME COURT COMMENCED: 12:00 P.M.
TIME COURT CONCLUDED: 12:10 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana Colter
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Savannah Carnes, Christine Lehman, Natalie Griffin, and Connor Houghton representing Plaintiff<br><br>Mitchell Stockwell and Richard Goldstucker representing Defendant |
| PROCEEDING CATEGORY: | Status Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | Status hearing held via Zoom on July 15, 2026. The Court heard a status update from both parties regarding the administrative closure of the case. The Court ORDERED the parties to provide an update on settlement discussions by July 22, 2026. |
| HEARING STATUS: | Hearing concluded. |